COURT OF APPEALS

SECOND
DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00204-CV 

 


 
 
 In re Larry Hudson Jr.
 
 
  
 
 
 RELATOR
  
 
 


------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION[1]

                                                       ------------

The court has considered relator’s
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relator’s
petition for writ of mandamus is denied.

PER CURIAM

 

 

PANEL: 
WALKER, J.; LIVINGSTON, C.J; and DAUPHINOT, J.

 

DELIVERED: 
June 17, 2010











    [1]See
Tex. R. App. P. 47.4.